UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 19 CR 582 |
| v. | ) | |
| | ) | Judge Matthew F. Kennelly |
| DAVID IZSAK | ) | |

**<u>AGREED ORDER TO DISMISS THE FORFEITURE ALLEGATION
AS TO CERTAIN PROPERTY LISTED IN THE INDICTMENT</u>**

This cause comes before the Court on motion of the United States to dismiss the forfeiture allegation as to certain property listed in the indictment and the Court being fully informed hereby finds as follows:

(a) On July 17, 2019, an indictment was returned charging DAVID IZSAK with bank fraud in a violation of 18 U.S.C. § 1344.

(b) The indictment sought forfeiture to the United States of certain property, including but not limited to: a vessel known as the Flying Lady, a 2004 Carver 570 Voyager 57' watercraft, Hull ID, CDRNA172B404, and all equipment, inventory and effects thereon contained ("the vessel").

(c) Upon careful evaluation of the financial obligations relating to the property, the United States has determined that the value of the vessel is insufficient to justify a sale.

(d) Upon the United States Marshals Service receiving payment of the accrued storage and maintenance costs of $38,264.80, the United States will release the vessel to DAVID IZSAK through his attorney, Megan Cunniff Church.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1. That, the forfeiture allegation against the defendant as to the Flying Lady, a 2004 Carver 570 Voyager 57' watercraft, Hull ID, CDRNA172B404, and all equipment, inventory and effects thereon contained is dismissed;

2. That, this court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this forfeiture order.

MATTHEW F. KENNELLY
United States District Judge

DATED: 4-28-2020